Mulija KADRIC, Appellant,

v.

CENTAUR BUILDING SERVICES, INC. Employer/Respondent,

and

North River Insurance Co., Insurer/Respondent,

and

Treasurer of Missouri as Custodian of the Second Injury Fund, Respondent.

No. ED 100250.

Missouri Court of Appeals, Eastern District, Division Five.

March 11, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 14, 2014.

Application for Transfer Denied May 27, 2014.

Frank J. Niesen, Jr. St. Louis, MO. for appellant.

John J. Mohan, Margaret A. Hesse, Michael J. Curry, St. Louis, MO, for respondents.

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., KARL A.W. DeMARCE, S.J.

### ORDER

PER CURIAM.

Mulija Kadric appeals from a decision by the Labor and Industrial Relations Commission denying her workers' compensation benefits. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).